**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

Richard Adam

      v.                                Civil No. 07-cv-338-JL

Thomas Arthur Hensley

**O R D E R**

This matter came before me for preliminary review, pursuant to United States District Court District of New Hampshire Local Rule 4.3(d)(1)(A), to determine whether or not the complaint invokes the subject matter jurisdiction of this Court.  After reviewing the complaint, I find that plaintiff has properly invoked the diversity jurisdiction of this Court, as the parties to plaintiff's state court claim are citizens of different states, and the amount in controversy exceeds $75,000.  See 28 U.S.C. § 1332.  Accordingly, the matter may proceed.

      **SO ORDERED.**

                    James R. Muirhead
                    United States Magistrate Judge

Date:     January 31, 2008

cc:       Richard Adam, pro se